FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-16191 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MCINNIS, CHARLES M | | | Date Filed (f) or Converted (c): | 03/12/10 (f) |
| | | | | 341(a) Meeting Date: | 04/14/10 |
| For Period Ending: | 09/30/13 | (4th reporting period for this case) | | Claims Bar Date: | 02/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8608 SW 79th Pl Miami, FL 33143 Debtors' homestead | 341,500.00 | 0.00 | | 0.00 | FA |
| 2. Time Share Resort: Cedar Village, North Carolina | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Time Share Resort: Marriott Ownership Resorts, Dor | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America Balance Rewards Money Market Acct<br>   Included in settlement with Asset #15 | 10.00 | 0.00 | | 5.00 | FA |
| 6. Bank of America Checking Acct No.X1717 Joint with<br>   Included in settlement with Asset #15 | 1,250.00 | 0.00 | | 200.00 | FA |
| 7. Misc. Household Goods Based on Inventory list Join<br>   Included in settlement with Asset #15 | 982.50 | 0.00 | | 200.00 | FA |
| 8. Misc. Clothing<br>   Included in settlement with Asset #15 | 100.00 | 0.00 | | 50.00 | FA |
| 9. Misc. Jewelry Based on Inventory list<br>   Included in settlement with Asset #15 | 390.00 | 0.00 | | 103.67 | FA |
| 10. golf clubs<br>    Included in settlement with Asset #15 | 75.00 | 0.00 | | 24.70 | FA |

LFORM1

Ver: 17.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 10-16191 | RAM | Judge: ROBERT A. MARK | Trustee Name: | JOEL L. TABAS, TRUSTEE |
| Case Name: | MCINNIS, CHARLES M | | | Date Filed (f) or Converted (c): | 03/12/10 (f) |
| | | | | 341(a) Meeting Date: | 04/14/10 |
| | | | | Claims Bar Date: | 02/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. 401K | 2,601.99 | 0.00 | | 0.00 | FA |
| 12. 50% MK Asset Managment, LLC Assets Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 13. 50% MK Capital Partners, LLC Assets: Bank of Ameri | 0.00 | 0.00 | | 0.00 | FA |
| 14. Registered representative License Not Marketable | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2000 Ford Excursion Sport Utility 4D  Order Granting Motion to Compromise Controversy with and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Interest in Scheduled Personal Property, 12/3/10 (D.E. #69) includes assets 4 thru 10. | 4,975.00 | 7,000.00 | | 6,416.63 | FA |
| 16. 2007 Cadillac CTS - Lease Leased wit GMAC | 1.00 | 0.00 | | 0.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.03 | FA |
| TOTALS (Excluding Unknown Values) | $357,905.49 | $7,000.00 | | $7,000.03 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets have been fully administered. Claims review is in process.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | |
|---|---|
| Case No: 10-16191 RAM   Judge: ROBERT A. MARK | Trustee Name: JOEL L. TABAS, TRUSTEE |
| Case Name: MCINNIS, CHARLES M | Date Filed (f) or Converted (c): 03/12/10 (f) |
| | 341(a) Meeting Date: 04/14/10 |
| | Claims Bar Date: 02/15/11 |

Initial Projected Date of Final Report (TFR): 10/15/11    Current Projected Date of Final Report (TFR): 02/10/14

LFORM1

Ver: 17.03a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-16191 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | MCINNIS, CHARLES M | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******6321  EPI-NB GENERAL |
| Taxpayer ID No: | *******2282 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/12/10 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 583.33 |
| 12/15/10 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 1,166.66 |
| 12/31/10 | 17 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.02 | | 1,166.68 |
| 01/06/11 | 000101 | International Sureties, Ltd.<br>701 Poydras St., Ste. 420<br>New Orleans, LA  70139 | 2011 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000 on deposit as of November 30, 2010), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 0.47 | 1,166.21 |
| 01/14/11 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 1,749.54 |
| 01/31/11 | 17 | Union Bank | Interest Rate  0.000 | 1270-000 | 0.01 | | 1,749.55 |
| 02/16/11 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 2,332.88 |
| 03/17/11 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 2,916.21 |
| 04/15/11 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 3,499.54 |
| 05/16/11 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 4,082.87 |
| 06/14/11 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 4,666.20 |
| 07/18/11 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 5,249.53 |
| | | | Page Subtotals | | 5,250.00 | 0.47 | |

LFORM24

Ver: 17.03a

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-16191 -RAM | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|
| Case Name: | MCINNIS, CHARLES M | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******6321  EPI-NB GENERAL |
| Taxpayer ID No: | *******2282 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/16/11 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 5,832.86 |
| 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 12.29 | 5,820.57 |
| 09/30/11 | | Union Bank | Reversal of Service Charge 9/29/11 | 2600-000 | 12.29 | | 5,832.86 |
| 10/14/11 | 15 | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | 1129-000 | 583.33 | | 6,416.19 |
| 01/17/12 | 000102 | International Sureties, Ltd.<br>701 Poydras St., Ste. 420<br>New Orleans, LA  70139 | 2012 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2011), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 5.13 | 6,411.06 |
| 01/18/12 | | CHARLES M MCINNIS | Per Order, 12/3/10 (D.E. 69) | | 583.37 | | 6,994.43 |
| | 5 | | Memo Amount:        5.00 | 1129-000 | | | |
| | 6 | | Memo Amount:      200.00 | 1129-000 | | | |
| | 7 | | Memo Amount:      200.00 | 1129-000 | | | |
| | 8 | | Memo Amount:       50.00 | 1129-000 | | | |
| | 9 | | Memo Amount:      103.67 | 1129-000 | | | |
| | 10 | | Memo Amount:       24.70 | 1129-000 | | | |
| 01/10/13 | 000103 | International Sureties, Ltd.<br>701 Poydras St., Ste. 420<br>New Orleans, LA  70139 | 2013 Chapter 7 Trustee Bond Number 016027932 ($0.80 per $1,000. on deposit as of November 30, 2012), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | 5.60 | 6,988.83 |

Page Subtotals         1,762.32         23.02

LFORM24

Ver: 17.03a

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-16191 -RAM | | Trustee Name: | JOEL L. TABAS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MCINNIS, CHARLES M | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******6321  EPI-NB GENERAL |
| Taxpayer ID No: | *******2282 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 583.37 | COLUMN TOTALS | | 7,012.32 | 23.49 | 6,988.83 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 7,012.32 | 23.49 | |
| Memo Allocation Net: | 583.37 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 7,012.32 | 23.49 | |
| Total Allocation Receipts: | 583.37 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | EPI-NB GENERAL - *******6321 | | 7,012.32 | 23.49 | 6,988.83 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 583.37 | | | 7,012.32 | 23.49 | 6,988.83 |
| | | | | ============== | ============== | ============== |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.03a

LFORM24